DANIELLE K. LEWIS (SBN 218274)
dlewis@selmanlaw.com
MICHAEL O. ZITANI (SBN 317827)
mzitani@selmanlaw.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone: 415.979.0400
Facsimile: 415.979.2099

Attorneys for Defendant
CITY OF SUISUN CITY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKOLAS G. ROSE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SUISUN CITY, AMTRAK and DOES 1 TO 10,,<br><br>Defendants. | Case No.<br><br>**DEFENDANT CITY OF SUISUN CITY'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTION 1332** |

**TO THE CLERK OF THE ABOVE ENTITLED COURT:**

PLEASE TAKE NOTICE THAT defendant, CITY OF SUISUN CITY ("SUISUN CITY") removes to this Court the state action described below.

1. On September 3, 2021, an action was commenced in the Superior Court of California in and for the County of Solano entitled Nickolas Rose v City of Suisun City, et al. Case No. FCS057055. A true and correct copy of the Summons and Complaint filed in this action is attached as Exhibit "A."

2. The first date upon which defendant SUISUN CITY received a copy of the Complaint was November 2, 2021. Therefore, this Notice of Removal is filed within 30 days after receipt by SUISUN CITY a copy of the pleading setting forth the claim for relief upon which this action is based.

3. This action is a civil action of which this Court has original jurisdiction under 28

U.S.C. § 1331 and is one which may be removed to this Court pursuant to 28 U.S.C. § 1349. In *Union Pac.R.R.Co. v. Myers*, 115 U.S. 1 (1885), the Supreme Court held that any suit involving a federally chartered railroad raises a federal question under § 1331. *Id*. at 11. Congress limited that holding's reach by passing 28 U.S.C. § 1349, (*Am. Nat'l Red Cross v. S.G.*, 505 U.S. 247, 251 (1992)), which provides: "The district courts shall not have jurisdiction of any civil action by or against any corporation upon the ground that it was incorporated by or under an Act of Congress, unless the United States is the owner of more than one-half of its capital stock," 28 U.S.C. § 1349. Defendant AMTRAK was created by act of Congress, and the United States owns more than 50 percent of AMTRAK's stock. *Pa. Fed'n of Bhd. Of Maint. of Way Employees v. Nat'l R.R. Passenger Corp.*, 989 F.2d 112, 113 n.2 (3d Cir. 1993). Thus, this Court has subject matter jurisdiction here pursuant to 28 U.S.C. §§ 1331 and 1349.

4. Venue is appropriate in this Court because the action was removed from Solano County Superior Court. 28 U.S.C. § 1446(a).

5. SUISUN CITY is does not have knowledge of the status of service of the complaint on AMTRAK.

6. A copy of the Notice to Adverse Party of Removal to Federal Court that will be filed with the Superior Court of California, County of Solano, is attached as Exhibit "B."

7. CITY OF SUISUN CITY requests a jury trial.

CITY OF SUISUN CITY prays that this action be removed to this Court.

DATED: December 1, 2021           SELMAN BREITMAN LLP

By: */s/ Danielle K. Lewis*
　　DANIELLE K. LEWIS
　　MICHAEL O. ZITANI
　　Attorneys for Defendant
　　CITY OF SUISUN CITY

# EXHIBIT A

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

City of Suisun City, Amtrak, Does 1 to 10

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Nickolas G Rose

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.

The name and address of the court is:
*(El nombre y dirección de la corte es):* Old Solano Court House
580 Texas St
Fairfield CA 94533

CASE NUMBER: *(Número del Caso):*
**FCS057055**

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Nickolas G Rose 4501 Pampas Ave Oakland, CA 94619 510-394-8546

DATE: September 2, 2021 / SEP 0 3 2021
*(Fecha)*

Clerk, by **D. CIMMINO**, Deputy
*(Secretario)* *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify):
3. ☑ on behalf of (specify): City of Suisun City
   under: ☐ CCP 416.10 (corporation) ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
   ☑ other (specify): Public Entity
4. ☐ by personal delivery on (date):

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT-USE ONLY |
|---|---|
| Nickolas G Rose<br>4501 Pampas Ave<br>Oakland CA 94619<br><br>TELEPHONE NO: 510-394-8546   FAX NO (Optional): 510-679-3522<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | FILED/ENDORSED<br>Clerk of the Superior Court<br>SEP 03 2021<br>D. CIMMINO<br>By _____<br>DEPUTY CLERK |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SOLANO
STREET ADDRESS: 580 Texas Street
MAILING ADDRESS: 580 Texas Street
CITY AND ZIP CODE: Fairfield CA 94533
BRANCH NAME:

PLAINTIFF: Nickolas G Rose
DEFENDANT: City of Suisun City, AMTRAK
[x] DOES 1 TO DOES 10

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED (Number):

Type (check all that apply):
[x] MOTOR VEHICLE     [ ] OTHER (specify):
    [ ] Property Damage   [ ] Wrongful Death
    [x] Personal Injury    [ ] Other Damages (specify):

Jurisdiction (check all that apply):
[ ] ACTION IS A LIMITED CIVIL CASE
    Amount demanded  [ ] does not exceed $10,000
                     [ ] exceeds $10,000, but does not exceed $25,000
[x] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

CASE NUMBER: FCS057055

ASSIGNED TO JUDGE E. Bradley Nelson FOR ALL PURPOSES

1. Plaintiff (name or names): Nickolas G Rose
   alleges causes of action against defendant (name or names):
   City of Suisun, Amtrak and Does 1 to Does 10

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other (specify):
      (5) [ ] other (specify):
   b. [ ] except plaintiff (name):
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity (describe):
      (3) [ ] a public entity (describe):
      (4) [ ] a minor   [ ] an adult
          (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
          (b) [ ] other (specify):
      (5) [ ] other (specify): City

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courts.ca.gov

| SHORT TITLE: Rose Vs City of Susuin City ET AL. | CASE NUMBER |
|---|---|

4. [ ] Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws
5. Each defendant named above is a natural person
   a. [x] except defendant (name): City of Susuin
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity (describe):
      (4) [x] a public entity (describe):
         City of Susuin City
      (5) [ ] other (specify):

   c. [ ] except defendant (name):
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity (describe):
      (4) [ ] a public entity (describe):
      (5) [ ] other (specify):

   b. [x] except defendant (name): Amtrak
      (1) [ ] a business organization, form unknown
      (2) [x] a corporation
      (3) [ ] an unincorporated entity (describe):
      (4) [ ] a public entity (describe):
      (5) [ ] other (specify):

   d. [ ] except defendant (name):
      (1) [ ] a business organization, form unknown
      (2) [ ] a corporation
      (3) [ ] an unincorporated entity (describe):
      (4) [ ] a public entity (describe):
      (5) [ ] other (specify):

   [ ] Information about additional defendants who are not natural persons is contained in Attachment 5.
6. The true names of defendants sued as Does are unknown to plaintiff.
   a. [ ] Doe defendants (specify Doe numbers): _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. [x] Doe defendants (specify Doe numbers): 1-10 _____ are persons whose capacities are unknown to plaintiff.
7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. [ ] at least one defendant now resides in its jurisdictional area
   b. [x] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. [x] injury to person or damage to personal property occurred in its jurisdictional area
   d. [ ] other (specify):

9. [x] Plaintiff is required to comply with a claims statute, and
   a. [x] has complied with applicable claims statutes, or
   b. [ ] is excused from complying because (specify):

| SHORT TITLE: Rose vs City of Susuin City, ET. AL | CASE NUMBER: | PLD-PI-001 |
|---|---|---|

10. The following causes of action are attached and the statements above apply to each (each complaint must have one or more causes of action attached):

a. [X] Motor Vehicle
b. [ ] General Negligence
c. [X] Intentional Tort
d. [ ] Products Liability
e. [X] Premises Liability
f. [ ] Other (specify):

11. Plaintiff has suffered
a. [X] wage loss
b. [X] loss of use of property
c. [X] hospital and medical expenses
d. [X] general damage
e. [X] property damage
f. [X] loss of earning capacity
g. [ ] other damage (specify):

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
a. [ ] listed in Attachment 12.
b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
a. (1) [X] compensatory damages
   (2) [X] punitive damages
   The amount of damages is (in cases for personal injury or wrongful death, you must check (1)):
   (1) [X] according to proof
   (2) [ ] in the amount of: $

15. [ ] The paragraphs of this complaint alleged on information and belief are as follows (specify paragraph numbers):

Date: September 2 2021

Nickolas G Rose
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2007]

COMPLAINT—Personal Injury, Property Damage, Wrongful Death

Page 3 of 3

PLD-PI-001(1)

SHORT TITLE: Rose vs City of Susuin City ET. AL

CASE NUMBER:

First _____ CAUSE OF ACTION—Motor Vehicle
(number)

ATTACHMENT TO [✓] Complaint  [ ] Cross - Complaint

(Use a separate cause of action form for each cause of action.)

Plaintiff (name): Nickolas G Rose

MV- 1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred
on (date): August 1 2020
at (place):

MV- 2. DEFENDANTS
a. [✓] The defendants who operated a motor vehicle are (names):

[✓] Does  1  to  10

b. [ ] The defendants who employed the persons who operated a motor vehicle in the course of their employment are (names):

[ ] Does _____ to _____

c. [ ] The defendants who owned the motor vehicle which was operated with their permission are (names):

[ ] Does _____ to _____

d. [ ] The defendants who entrusted the motor vehicle are (names):

[ ] Does _____ to _____

e. [ ] The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were (names):

[ ] Does _____ to _____

f. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
[ ] listed in Attachment MV-2f  [ ] as follows:

[ ] Does _____ to _____

Page  1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(1) [Rev. January 1, 2007]

CAUSE OF ACTION—Motor Vehicle

Page 1 of 1
Code of Civil Procedure 425.12
www.courtinfo.ca.gov

PLD-PI-001(4)

| SHORT TITLE: Rose vs City of Susuin City ET. AL. | CASE NUMBER |
|---|---|

Third _(number)_  **CAUSE OF ACTION—Premises Liability**  Page 1

ATTACHMENT TO [x] Complaint  [ ] Cross-Complaint

_(Use a separate cause of action form for each cause of action.)_

Prem.L-1. _(name):_ Nickolas G Rose

alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

On _(date):_ August 1, 2020  plaintiff was injured on the following premises in the following fashion _(description of premises and circumstances of injury):_
Does 1-10 Intentionally hit Nickolas G Rose with a vehicle while he was standing on the train platform at Amtrak Train. Due to No barriers or Guard Rails Officials said the collision resulted in the victim ending up in the middle of the platform and the vehicle stuck in the tracks.

Prem.L-2. [x] **Count One—Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were _(names)_:
City of Susuin City and Amtrak

[x] Does 1 to 10

Prem.L-3. [x] **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were _(names)_:
City of Susuin City and Amtrak

[x] Does 1 to 10

Plaintiff, a recreational user, was [ ] an invited guest  [ ] a paying guest.

Prem.L-4. [x] **Count Three—Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were _(names)_:
City of Susuin City and Amtrak

[x] Does 1 to 10

a. [x] The defendant public entity had [ ] actual [x] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.

b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5.a [ ] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were _(names)_:

[ ] Does to

b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are [ ] described in attachment Prem L-5.b [ ] as follows _(names)_:

Form Approved for Optional Use
Judicial Council of California PLD-
PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION—Premises Liability**

Page 1 of 1
Code of Civil Procedure § 425.12
www.courts.ca.gov

PLD-PI-001(3)

| SHORT TITLE: Rose vs City of Susuin City ET. AL. | CASE NUMBER |
|---|---|

Second ___ **CAUSE OF ACTION—Intentional Tort** Page 1
(number)

ATTACHMENT TO [x] Complaint [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

IT-1. Plaintiff *(name):* Nickolas G Rose

alleges that defendant *(name):*

[x] Does 1 to 2

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant intentionally caused the damage to plaintiff

on *(date):* August 1 2020

at *(place):* Amtrak Train Station located at 177 Main Street Suisun City, CA 94585

*(description of reasons for liability):*
Does 1 to 10 intentionally struck Nickolas G Rose with a vehicle while he was standing on the train platform at Amtrak Train station in Suisun City CA. Per findings of Police investigation, which deemed the incident as a hate crime based on both victim and witness statements stating that the defendants were shouting racial slurs at Mr Rose and a swastika was sprayed painted in close proximity where the defendants were loitering.

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(3) [Rev. January 1, 2007]

**CAUSE OF ACTION—Intentional Tort**

Code of Civil Procedure § 425.12
www.courts.ca.gov

# EXHIBIT B

DANIELLE K. LEWIS (SBN 218274)
dlewis@selmanlaw.com
MICHAEL O. ZITANI (SBN 317827)
mzitani@selmanlaw.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone:     415.979.0400
Facsimile:     415.979.2099

Attorneys for Defendant
CITY OF SUISUN CITY

SUPERIOR COURT OF CALIFORNIA

COUNTY OF SOLANO – UNLIMITED JURISDICTION

| | |
|---|---|
| NICKOLAS G. ROSE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SUISUN CITY, AMTRAK and DOES 1 TO 10,<br><br>　　　　Defendants. | Case No. FCS057055<br><br>**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

　　　　PLEASE TAKE NOTICE THAT a Notice of Removal was filed in this action in the United States District Court for the Eastern District of California dated December 1, 2021. A copy of that Notice of Removal is attached as Exhibit "1" to this notice and is served and filed with it.

DATED:  December 1, 2021          SELMAN BREITMAN LLP


                                  By: _____
                                      DANIELLE K. LEWIS
                                      MICHAEL O. ZITANI
                                      Attorneys for Defendant
                                      CITY OF SUISUN CITY

1
NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

# EXHIBIT 1

DANIELLE K. LEWIS (SBN 218274)
dlewis@selmanlaw.com
MICHAEL O. ZITANI (SBN 317827)
mzitani@selmanlaw.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105-4537
Telephone: 415.979.0400
Facsimile: 415.979.2099

Attorneys for Defendant
CITY OF SUISUN CITY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| NICKOLAS G. ROSE,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SUISUN CITY, AMTRAK and DOES 1 TO 10,,<br><br>Defendants. | Case No.<br><br>**DEFENDANT CITY OF SUISUN CITY'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTION 1332** |
|---|---|

**TO THE CLERK OF THE ABOVE ENTITLED COURT:**

PLEASE TAKE NOTICE THAT defendant, CITY OF SUISUN CITY ("SUISUN CITY") removes to this Court the state action described below.

1.  On September 3, 2021, an action was commenced in the Superior Court of California in and for the County of Solano entitled Nickolas Rose v City of Suisun City, et al. Case No. FCS057055. A true and correct copy of the Summons and Complaint filed in this action is attached as Exhibit "A."

2.  The first date upon which defendant SUISUN CITY received a copy of the Complaint was November 2, 2021. Therefore, this Notice of Removal is filed within 30 days after receipt by SUISUN CITY a copy of the pleading setting forth the claim for relief upon which this action is based.

3.  This action is a civil action of which this Court has original jurisdiction under 28

1
DEFENDANT CITY OF SUISUN CITY'S NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C.
SECTION 1332
CaseNumber

U.S.C. § 1331 and is one which may be removed to this Court pursuant to 28 U.S.C. § 1349. In *Union Pac.R.R.Co. v. Myers*, 115 U.S. 1 (1885), the Supreme Court held that any suit involving a federally chartered railroad raises a federal question under § 1331. *Id*. at 11. Congress limited that holding's reach by passing 28 U.S.C. § 1349, (*Am. Nat'l Red Cross v. S.G.*, 505 U.S. 247, 251 (1992)), which provides: "The district courts shall not have jurisdiction of any civil action by or against any corporation upon the ground that it was incorporated by or under an Act of Congress, unless the United States is the owner of more than one-half of its capital stock," 28 U.S.C. § 1349. Defendant AMTRAK was created by act of Congress, and the United States owns more than 50 percent of AMTRAK's stock. *Pa. Fed'n of Bhd. Of Maint. of Way Employees v. Nat'l R.R. Passenger Corp.*, 989 F.2d 112, 113 n.2 (3d Cir. 1993). Thus, this Court has subject matter jurisdiction here pursuant to 28 U.S.C. §§ 1331 and 1349.

    4.    Venue is appropriate in this Court because the action was removed from Solano County Superior Court. 28 U.S.C. § 1446(a).

    5.    SUISUN CITY is does not have knowledge of the status of service of the complaint on AMTRAK.

    6.    A copy of the Notice to Adverse Party of Removal to Federal Court that will be filed with the Superior Court of California, County of Solano, is attached as Exhibit "B."

    7.    CITY OF SUISUN CITY requests a jury trial.

CITY OF SUISUN CITY prays that this action be removed to this Court.

DATED:  December 1, 2021                  SELMAN BREITMAN LLP

                                                      By:  */s/ Danielle K. Lewis*
                                                            DANIELLE K. LEWIS
                                                            MICHAEL O. ZITANI
                                                            Attorneys for Defendant
                                                            CITY OF SUISUN CITY