JOEL H. SIEGAL [SBN: 117044]
**SIEGAL & RICHARDSON, LLP**
436 14th Street, Suite 1106
Oakland, California 94612
Telephone: (510) 271-6720
Facsimile: (510) 500-9512
Email: joelsiegal@yahoo.com

Attorneys for Plaintiff
NICKOLAS G. ROSE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICKOLAS G. ROSE,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF SUISUN; AMTRAK; and DOES 1 TO 100, inclusive,<br><br>    Defendants. | Case Number: 2:21-CV-02214-TLN-CKD<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

Notice is hereby given that subject to approval of the court, Nickolas G. Rose substitutes Joel H. Siegal, State Bar No. 117044 and Richard L. Richardson, State Bar No. 250676, of Siegal & Richardson, LLP, as counsel of record in place of Nickolas G. Rose. Contact information of new counsel is as follows:

Joel H. Siegal / Richard L. Richardson
Siegal & Richardson, LLP
436 14th Street, Suite 1106
Oakland, CA 94612
(510) 271-6720 / (510) 271-6723
joelsiegal@yahoo.com
richard@rrichardsonlaw.com

— 1 —
SUBSTITUTION OF ATTORNEY

I consent to the above substitution.

DATE: 12/14/2021

_____
Former Attorney
Nickolas G. Rose
In Pro Per

DATE: 12/14/2021

_____
Plaintiff
Nickolas G. Rose

I consent to the above substitution.

DATE: 01/03/2022          SIEGAL & RICHARDSON, LLP

By: _____
Joel H. Siegal
Richard L. Richardson

ORDER

The Court hereby approves of this substitution. It is so ordered.

Dated: January 5, 2022

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE