AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern District of California

Nickolas Rose

Plaintiff(s),

v.

City of Suisun City, et al.

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:21-cv-02214

Notice is hereby given that, subject to approval by the court, __National Railroad Passenger Corp__ substitutes
(Party (s) Name)

__Vincent Castillo__, State Bar No. __209298__ as counsel of record in
(Name of New Attorney)

place of __Vincent Castillo (Allen Glaessner Hazelwood & Werth LLP)__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Castillo, Moriarty, Tran & Robinson

Address: 75 Southgate Ave, Daly City, CA 94015

Telephone: (415) 213-4098          Facsimile

E-Mail (Optional): vcastillo@cmtrlaw.com

I consent to the above substitution.

Date: 9-28-22

(Signature of Party (s))

I consent to being substituted.

Date: September 29, 2022

/s/ Vincent Castillo
(Signature of Former Attorney (s))

I consent to the above substitution.

Date: September 29, 2022

/s/ Vincent Castillo
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: October 13, 2022

Dale A. Drozd
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearan