AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Eastern District of California

Nickolas Rose
    Plaintiff(s),

v.

City of Suisun City, et al.
    Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 2:21-cv-02214

Notice is hereby given that, subject to approval by the court, __National Railroad Passenger Corp__ substitutes
(Party(s) Name)

__Alexei Offill-Klein__, State Bar No. __288448__ as counsel of record in
(Name of New Attorney)

place of __Alexei Offill-Klein (Allen Glaessner Hazelwood & Werth LLP)__.
(Name of Attorney(s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Castillo, Moriarty, Tran & Robinson
Address: 75 Southgate Ave, Daly City, CA 94015
Telephone: (415) 213-4098    Facsimile
E-Mail (Optional): aklein@cmtrlaw.com

I consent to the above substitution.
Date: 9-18-22
    [signature]
    (Signature of Party(s))

I consent to being substituted.
Date: September 29, 2022
    /s/ Alexei Offill-Klein
    (Signature of Former Attorney(s))

I consent to the above substitution.
Date: September 29, 2022
    /s/ Alexei Offill-Klein
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: October 13, 2022
    Dale A. Drozd
    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]